United States District Court
Southern District of Texas

**ENTERED**
August 07, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Angela Williams, §<br>    *Plaintiff*, §<br>§<br>v. §<br>§<br>Republic Services; McCarty Road §<br>Landfill LP; Allied Waste Landfill §<br>Holdings, Inc.; Allied Waste §<br>Systems Holdings, Inc.; and §<br>John Does 1–25, §<br>    *Defendants*. § | Civil Action 4:25-cv-00422 |

## MEMORANDUM AND RECOMMENDATION

This case has been referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1). Pending before the court is Defendant McCarty Road Landfill LP's (McCarty Road) Objections to the Memorandum and Recommendation of the Magistrate Judge. ECF No. 24. McCarty Road states that the Memorandum and Recommendation (M&R), ECF No. 23, contains two typographical errors and an omission that should be clarified. ECF No. 24 at 4–6. The undersigned agrees.

First, McCarty Road points out that, although the M&R's analysis suggests that McCarty Road's motion to dismiss Plaintiff's disparate impact claims should be granted, the M&R instead concludes that the motion should be "denied." ECF No. 24 at 4 (citing ECF No. 23 at 27). McCarty Road is correct that the M&R contains a typographical error. The M&R should have said "GRANTED" at the last full paragraph on page 27. This is consistent with the court's conclusion on page 28 of the M&R.

Second, McCarty Road points out that the M&R concludes that McCarty Road's motion to dismiss Plaintiff's "Title VII and

ADA" hostile work environment claims based on disability be denied. ECF No. 24 at 5 (citing ECF No. 23 at 28). McCarty Road explains that "Title VII" should not be included in the quoted phrase. ECF No. 24 at 5. McCarty Road is correct. The phrase "Title VII and" should be struck.

Finally, McCarty Road points out that the M&R dismisses several claims but does not clarify whether those claims have been dismissed with or without prejudice. ECF No. 24 at 5. Because the court's analysis is under Rule 12(b)(6), dismissal should be with prejudice.

These clarifications do not change the court's recommendations and thus the deadline for filing objections has not been extended.

Signed at Houston, Texas on August 6, 2025.

_____
Peter Bray
United States Magistrate Judge