Case 4:25-cv-00422   Document 26   Filed on 08/18/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Angela Williams, § | | |
|     *Plaintiff*, § | | |
| § | | |
| v. § | Civil Action 4-25-422 | |
| § | | |
| Republic Services; McCarty Road § | | |
| Landfill LP; Allied Waste Landfill § | | |
| Holdings, Inc.; Allied Waste § | | |
| Systems Holdings, Inc.; and § | | |
| John Does 1–25, § | | |
|     *Defendants.* § | | |

# ORDER

On July 23, 2025, Magistrate Judge Peter Bray recommended that the court grant in part and deny in part Defendant McCarty Road's Motion to Dismiss. ECF No. 23. On August 6, 2025, McCarty Road objected and sought to clarify the scope of the court's recommendation. ECF No. 24. On August 6, 2025, Magistrate Judge Peter Bray clarified the scope of Plaintiff's dismissed claims but did not extend the objections deadline. ECF No. 25.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation, as clarified, as this court's opinion.

Plaintiff's claims for (1) Title VII and ADEA hostile work environment based on race, sex, and age; (2) Title VII, ADEA, and TCHRA wrongful termination based on race, sex, and age; (3) Title VII and TCHRA retaliation based on reporting discriminatory conduct; (4) defamation and defamation per se; (5) intentional infliction of emotional

distress; (6) Title VII and TCHRA disparate impact discrimination are **DISMISSED with prejudice**. All claims against all John Doe Defendants are **DISMISSED with prejudice**.

SIGNED at Houston, Texas on August 18, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE